# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RONALD JOHN SALADO, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-mc-00050-LJO-SAB<br>New Case No. 1:19-mc-00050-LJO-EPG<br><br>ORDER OF RECUSAL |

It appears to the undersigned, the magistrate judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. § 455 is appropriate in this matter.

IT IS THEREFORE ORDERED:

1. That the undersigned recuses himself as the magistrate judge to whom this case is assigned;

2. This case shall be reassigned to the docket of United States Magistrate Judge Erica P. Grosjean by the Clerk's Office;

3. The new case number shall be:

　　1: 19-mc-00050-LJO-EPG

and all future pleadings and/or correspondence must be so numbered. The parties are advised that use of an incorrect case number, including initials, may result in a

///

1

delay of documents being processed and copies thereof being correctly distributed and received by the appropriate judicial officer.

IT IS SO ORDERED.

Dated: **September 11, 2019**

UNITED STATES MAGISTRATE JUDGE